UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2025 DEC -5  P 3: 42

RECEIVED

----------------------------------------x
In re:

SAVERIO COLUCCIO

   DEBETORS,
----------------------------------------x

CASE NO: 825-73006-AST

Debtors motion to object to
creditors proof of claim
and
CERTIFICATE OF SERVICE

# DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY MTA BRIDGES & TUNNELS Claim 8

The Debtor, [Debtor Name] *Saverio Coluccio*, hereby objects to Proof of Claim No. [Claim Number] *8* filed by **MTA Bridges & Tunnels ("MTA")**, and states as follows:

## 1. Jurisdiction

This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.
This is a core proceeding under 28 U.S.C. § 157(b)(2)(B).

## 2. Background

1. The MTA filed Proof of Claim No. 10594189(3) in the amount of $22,793.54 alleging unpaid tolls and/or administrative fees.

2. The Debtor disputes this claim because **all tolls, tickets, and violations referenced by MTA were paid in full prior to the bankruptcy filing.**

3. The Debtor's payment records show a **zero balance owed** to the MTA before the petition date.

## 3. Grounds for Objection

The claim should be disallowed for the following reasons:

### a. Claim Is Not Owed — All Violations Were Paid

The Debtor has documentation showing that the alleged violations, tolls, or penalties **were paid before the petition date**.
Therefore, MTA has no enforceable claim under 11 U.S.C. § 502(b)(1).

### b. Claim Lacks Supporting Documentation

MTA's Proof of Claim fails to include the itemized statements or violation notices required by Bankruptcy Rule 3001(c).
A creditor who does not provide supporting documents is not entitled to prima facie validity.

### c. Claim Amount Is Incorrect

Because the account was fully satisfied pre-petition, any amount claimed is inaccurate and must be reduced to zero.

# Toll Tickets Paid 2020-2023

2020

Jan-February: Ticket # 17369365553 - $90.00

February:      Ticket# 173790662230 - $90.00

July:          Ticket#17411573583  - $  9.50

August:        Ticket# 17417247562  $70.00

October:       Ticket# 17424525828.  $64.00

November-Dec: Ticket# 17447748657.  $63.31
              Ticket#17447742657.   $90.00

───────────────────────────────────────────$546.81

2021

| | | |
|---|---|---|
| January:     | Ticket# 17460341527. | $190.00 |
| February:    | Ticket# 17471243176. | $182.00 |
| March:       | Ticket#1174828608528 | 318.50 |
| April:       | Ticket#  17497473426 | $256.00 |
| May:         | Ticket# 17513690136  | $133.91 |
| May-June:    | Ticket# 17530796454  | $447.00 |
| July-August: | Ticket#17546053725   | $210.27 |
| August-Sept: | Ticket#17563655594   | $300.00 |
| Sept-October:| Ticket#17582480053   | $281.80 |
| November:    | Ticket#1760411158    | $105.00 |
| December:    | Ticket#17644154176   | $125.00 |

───────────────────────────────────────────$2549.58

## 2022

| Period | Ticket # | Amount |
|---|---|---|
| February-March: | Ticket#17663357074 | $ 225.44 |
| March-April: | Ticket#17683297060 | $ 69.23 |
| May: | Ticket#17698781199 | $ 213.57 |
| June: | Ticket# 17714942071. | $122.06 |
| July-August: | Ticket# 11731626046 | $ 193.23 |
| August-Sept: | Ticket# 17749644791 | $ 140.00 |
| September: | Ticket# 17769782406. | $ 163.00 |
| October-Nov: | Ticket# 17791068692. | $ 145.24 |
| December-Jan: | Ticket# 17828519471. | $. 250.00 |

—————————————————————————————$1521.77

## 2023

| Period | Ticket # | Amount |
|---|---|---|
| January-Febuary: | Ticket # 178468749603 | $223.94 |
| March: | Ticket# 1786448815. | $128.83 |
| April-May: | Ticket#17880181587. | $125.73 |
| May-June: | Ticket#17895810692. | $118.72 |
| July-August: | Ticket# 17912995822. | $230.78 |
| August-September: | Ticket#17895319847 | $296.00 |

—————————————————————————————$1124.00

Total:$5742.16

Copies Of All Cheques Will Be Made Available Upon Request.

## 4. Relief Requested

WHEREFORE, the Debtor respectfully requests that this Court enter an Order:

1. **Disallowing** Proof of Claim No. **8** filed by MTA Bridges & Tunnels **in its entirety**; and

2. Granting such other and further relief as the Court deems just and proper.

**Dated:** 11/17/25
**Respectfully submitted,**

*[signature]*
Severio Colucio, Pro'se

**Fill in this information to identify the case:**

Debtor 1  Saverio Coluccio

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Eastern District of New York**

Case number:  25-73006

FILED
U.S. Bankruptcy Court
Eastern District of New York

10/14/2025

Paul Dickson, Clerk

## Official Form 410
## Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Triborough Bridge and Tunnel Authority<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor  MTA Bridges and Tunnel |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Triborough Bridge and Tunnel Authority<br>Name<br><br>TBTA Toll Group<br>2 Broadway, 24th Floor<br>New York, NY 10004<br><br>Contact phone  6462527603<br>Contact email  msuperfi@mtabt.org<br><br>Uniform claim identifier (if you use one): | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br><br><br>Contact phone<br>Contact email |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____<br>MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? |

Official Form 410                                Proof of Claim                                page 1

**SAVERIO COLUCCIO**
Debtor Pro Se

# CERTIFICATE OF SERVICE

I certify that on **[date]**, a true and correct copy of the foregoing **Objection to Proof of Claim** was served by first-class mail upon:

**MTA Bridges & Tunnels** CTBTA Toll (group)
Attn: Legal Department
2 Broadway, 24th Floor
New York, NY 10004

And upon the Chapter **[13]** Trustee and all parties requesting notice.


**SAVERIO COLUCCIO**