Saverio Coluccio

Number: 825-73006-AST

February 4th 2026

```
CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

2026 FEB -4  P 3:29

RECEIVED
```

Present To The Hon. Justice Trust

October 2025 - Present

Receipts For Payment To Select Portfolio Servicer As Outlined In Repayment Plan
$8,000.00

Reciepts Of Payment To Trustee On Non Contested Creditors As Outlined In Repayment Plan
$824.06

Respectfully Submitted For Review.

*[signature]*

Saverio Coluccio 516-526-8665



**Select Portfolio Servicing**
From: no.reply@spservicing.com
To: inthairco@aol.com

 Wed, Nov 5, 2025 at 5:02 PM

*NOV 2025 (2) Payment*



## Payment Confirmation

Thank you for scheduling a payment and authorizing SPS to perform a one-time ACH debit from the checking account on which you are an authorized signer.

Please remember that funds must remain in the account until the check clears. If you have any questions regarding the scheduled payment, don't hesitate to contact SPS at 1-800-258-8602. Our Customer Care Experts are here to support you.

Thank you for the opportunity to serve you,
Select Portfolio Servicing, Inc.

To no longer receive emails from Select Portfolio Servicing, log-in to your account and update your profile settings.

Your privacy is important to us. For more information about our privacy policies, please click here.

Select Portfolio Servicing, Inc. | (800) 258-8602 | http://www.spservicing.com

**Select Portfolio Servicing**   Fri, Oct 3, 2025 at 9:12 AM
From: no.reply@spservicing.com
To: inthairco@aol.com

*OCT 2025 1ST PAYMENT* (handwritten)



## Payment Confirmation

Thank you for scheduling a payment and authorizing SPS to perform a one-time ACH debit from the checking account on which you are an authorized signer.

Please remember that funds must remain in the account until the check clears. If you have any questions regarding the scheduled payment, don't hesitate to contact SPS at 1-800-258-8602. Our Customer Care Experts are here to support you.

Thank you for the opportunity to serve you,
Select Portfolio Servicing, Inc.

To no longer receive emails from Select Portfolio Servicing, log-in to your account and update your profile settings.

Your privacy is important to us. For more information about our privacy policies, please click here.

Select Portfolio Servicing, Inc. | (800) 258-8602 |http://www.spservicing.com



**SPS** Select Portfolio SERVICING, inc.

# Make Online Payment

● AutoPay Off    Start AutoPay

Payment FAQ

*Dec 2025(3) Payment*

Step 1: Submit | Step 2: Confirm | Step 3: Complete

**YOUR SUBMISSION PROGRESS:** COMPLETE

## Payment Receipt

Thank you for the payment. Your payment has been confirmed. Your Transaction ID is: ███████

Received a sum of $2100.00 towards home mortgage dated 12/30/2025 for SPS authorized signatory.

**Receipt Number**

███████

**Payee**

SPS

**Payment Amount**

$2100.00

**Date of Payment**

12/30/2025

For further concern regarding generated online receipt, please Contact Us.

If your payment is made after 5:00 PM EST, the payment may not be posted until the next business day.

Print Receipt



12:36 PM  Fri Jan 30                                    spservicing.com                                    ✈ 🛜 23% 🔋



# Guest – Make Online Payment

Account -

**Payment FAQ**

*(4) Payment to SPS: January 2026 (4)*

| Step 1: Submit | Step 2: Confirm | Step 3: Complete |

**YOUR SUBMISSION PROGRESS:**   COMPLETE

## Payment Receipt

Thank you for the payment. Your payment has been confirmed. Your Transaction ID is:

Received a sum of $2100.00 towards home mortgage dated 1/30/2026 for SPS authorized signatory.

**Receipt Number**

4

**Payee**

SPS

**Payment Amount**

$2100.00

**Date of Payment**

1/30/2026

For further concern regarding generated online receipt, please Contact Us.

If your payment is made after 5:00 PM EST, the payment may not be posted until the next business day.

Print Receipt

Toll Free: 1-800-258-8602

Case 8-25-73006-ast    Doc 36    Filed 02/04/26    Entered 02/04/26 15:40:10



**Terms and Conditions:**

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to sign the instrument immediately upon purchase
  - Failure to do so will result in the sender/drawer bearing the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned" if this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
  - Sender/Drawer can place a stop payment on an unpaid Money Order
  - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY     Customer Copy

## MONEY ORDER

9684401445

10/28/2025

Pay To The Order Of: 1ST Trustee Payment          $** 194.80 **

Pay: ONE HUNDRED NINETY FOUR DOLLARS AND 80 CENTS

NOT VALID FOR MORE THAN $1000.00

Memo: _____
Note: For information only. Comment has no effect on bank's payment.

**NON NEGOTIABLE**
SENDER/DRAWER:

---

282111107  6/2023  8810004306

MONEY ORDER

**CHASE**

9684401445   25-3/440

Date  10/28/2025

Pay To The Order Of: KRiSTA.m.Preuss Chapter 13.TrusTee EDNy     $** 194.80 **

Pay: ONE HUNDRED NINETY FOUR DOLLARS AND 80 CENTS

NOT VALID FOR MORE THAN $1000.00

SENDER/DRAWER: Saverio Coluccio
9 Beatrice lane Glen Cove 11542

Memo: Coluccio 825-73006-AST

ADDRESS: JPMorgan Chase Bank, N.A. Columbus, OH

Note: For information only. Comment has no effect on bank's payment.

⑆9684401445⑆ ⑈044000037⑈ 758661284⑈

# CHASE

## Terms and Conditions:

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to sign the instrument immediately upon purchase
    - Failure to do so will result in the sender/drawer bearing the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned" if this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
    - Sender/Drawer can place a stop payment on an unpaid Money Order
    - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY

Customer Copy

NOV
② payment

**MONEY ORDER**  9684401467

11/24/2025

Pay To The Order Of:  Krista M. Pruess Chapter 13 BTree  $** 214.28 **

Pay: TWO HUNDRED FOURTEEN DOLLARS AND 28 CENTS

NOT VALID FOR MORE THAN $1000.00

Memo: _____

Note: For information only. Comment has no effect on bank's payment.

**NON NEGOTIABLE**

SENDER/DRAWER



# TFS Payment Summary

(3)&(4) Payment to Trustee: Dec$^{25}$ & Jan$^{26}$.



**Payment Information**

| Total Amount Paid | Payment Amount |
|---|---|
| $430.00 | N/A |

Payments must be made manually

Your appointed Trustee, **Krista M. Preuss** is scheduled to be paid **Always Manual Payments**

**Quick Actions**

**Update Payment Method**

**Track Your TFS Payments by Email**
Did you know that you can receive email notifications when your payment is started, has cleared our system, and has arrived at the trustee? You can mix and match notifications as well! Turn on notifications and always stay up to date about your payments.

**Turn on payment notification emails now.**



**Quick Actions**

**Frequently Asked Questions**
Our support site has answers to some of the most commonly asked questions, including:
**How long do payments take to arrive?**
**What is the difference between pending and scheduled?**
**Can I use a Debit Mastercard or credit card?**



Edit Billing Information

Edit Payment Schedule and Amount