Return Date: ~~February~~ **March** 24, 2026 *SC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

**SAVERIO COLUCCIO**

Motion to object to proof of claim MTA #8

Case No. **8-25-73006-AST**

Debtor(s)

Chapter **13**
-------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, a hearing will be held at the U.S. Bankruptcy Court for the Eastern District of New York, located at 290 Federal Plaza, Central Islip, NY 11722 before the Honorable **Chief Judge Trust**, United States Bankruptcy Judge, to consider the motion for an order granting relief as follows: DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY MTA BRIDGES & TUNNELS Claim 8. This Court has jurisdiction pursuant

DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY MTA BRIDGES & TUNNELS Claim 8. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(B).

The MTA filed Proof of Claim No. 8 in the amount of alleging unpaid tolls and/or administrative fees

The Debtor disputes this claim because all tolls, tickets, and violations referenced by MTA were paid in full prior to the bankruptcy filing.

The Debtor's payment records show a zero balance owed to the MTA before the petition date.

Date of hearing: ~~February~~ 24, 2026  **March 4** *SC*  Time: **10:00 a.m.**

**Register for Hearing:** All parties must register 2-3 days prior to hearing on eCourt Appearances at *https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl*. Parties will receive hearing instructions by email after registration on eCourt Appearances is completed.

**Responsive papers** shall be filed with the bankruptcy court no later than seven (7) days prior to the hearing date set forth above.

Dated: 2/6/2026

Signature: *Saverio Coluccio*
Print name: SAVERIO COLUCCIO
Address: 9 Beatrice lane
          Glen Cove NY 11542
Phone: 516-526-8665
Email: inthaircoe@gmail.com

MTA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

**SAVERIO COLUCCIO**                                Case No. **8-25-73006-AST**

Debtor(s)                                Chapter  13
------------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

TO THE HON. __Chief Judge Trust__ , Bankruptcy Judge

The undersigned makes this application in support of my motion for the relief stated in the Notice of Motion. In support of this motion, I hereby allege as follows:

**Grounds for Objection:** The claim should be disallowed for the following reasons:

a, Claim Is Not Owed — All Violations Were Paid

b. Claim Lacks Supporting Documentation

c. Claim Amount Is Incorrect

4. Relief Requested

WHEREFORE, the Debtor respectfully requests that this Court enter an Order:

1. Disallowing Proof of Claim No. 8 filed by MTA Bridges & Tunnels in its entirety ; and

2. Granting such other and further relief as the Court deems just and proper.

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: 2/6/2026

_Saverio Coluccio_
Signature

## 2022

| | | |
|---|---|---|
| February-March: | Ticket#17663357074 | $ 237.— |
| March-April: | Ticket#17683297060 | $ 69.23 |
| May: | Ticket#17698781199 | $ 213.57 |
| June: | Ticket# 17714942071. | $122.06 |
| July- August: | Ticket# 11731626046 | $ 193.23 |
| August-Sept: | Ticket# 17749644791 | $ 140.00 |
| September: | Ticket# 17769782406. | $ 163.00 |
| October-Nov: | Ticket# 17791068692. | $ 145.24 |
| December-Jan: | Ticket# 17828519471. | $. 250.00 |

—————————————————————————$1521.77

## 2023

| | | |
|---|---|---|
| January-Febuary: | Ticket # 178468749603 | $223.94 |
| March: | Ticket# 1786448815. | $128.83 |
| April-May: | Ticket#17880181587. | $125.73 |
| May-June: | Ticket#17895810692. | $118.72 |
| July-August: | Ticket# 17912995822. | $230.78 |
| August-September: | Ticket#178953519847 | $296.00 |

—————————————————————————$1124.00

Total: $5742.16

Copies Of All Cheques Will Be Made Available Upon Request.

## 4. Relief Requested

WHEREFORE, the Debtor respectfully requests that this Court enter an Order:

1. **Disallowing** Proof of Claim No. **8** filed by MTA Bridges & Tunnels **in its entirety**; and

2. Granting such other and further relief as the Court deems just and proper.

Dated: ~~11/17/25~~ ~~02/08/2026~~ 2/6/2026
**Respectfully submitted,**

## Toll Tickets Paid 2020-2023

**2020**

Jan-February: Ticket # 17369365553 - $90.00

February:     Ticket# 173790662230 - $90.00

July:         Ticket#17411573583  - $ 9.50

August:       Ticket# 17417247562  $70.00

October:      Ticket# 17424525828  $64.00

November-Dec: Ticket# 17447748657  $63.31
              Ticket#17447742657.  $90.00

─────────────────────────────────── $46.81

**2021**

| January:      | Ticket# 17460341527 | $190.00 |
| February:     | Ticket# 17471243176 | $182.00 |
| March:        | Ticket#17482860852  | $318.50 |
| April:        | Ticket# 17497473426 | $256.00 |
| May:          | Ticket# 17513690136 | $133.91 |
| May-June:     | Ticket# 17530796454 | $447.00 |
| July-August:  | Ticket#17546053725  | $210.27 |
| August-Sept:  | Ticket#17563655594  | $300.00 |
| Sept-October: | Ticket#17582480053  | $281.80 |
| November:     | Ticket#1760411158   | $105.00 |
| December:     | Ticket#17644154176  | $125.00 |

─────────────────────────────── $2549.58

# EXHIBIT A

Check number: 2909 | Amount: $90.00

BELLISSIMA HAIR DESIGN INC.
220-B W 80TH ST
NEW YORK, NY 10023

2909

PAY TO THE ORDER OF: Tolls by Mail

Ninety dollars and no/100 — $90.00 DOLLARS

DATE 2/13/20

BANK OF AMERICA

FOR: Bill# 173693365553   NBT 6577

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

Saverio Coluccio

Case No. 8-25-73006-ast

Debtor(s)

Chapter 13

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on 2/6/2026, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

(1) MTA Bridges and Tunnels
Legal Dept.
2 Broadway
NYC NY 10004

Trustee and U.S. Trustee served electronically by ECF.

(2) Ms. Krista Preuss
US Bankruptsy Attorney
Eastern District of NY
100 Jericho Quadrangle
Suite # 127
Jericho, NY 11753

Dated: 2/6/2026

*Saverio Coluccio*
Signature

MTA claim #8