THIS ORDER RELATES TO A
HEARING HELD ON
MARCH 12, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X       Chapter 13
IN RE:                                                                          Case No. 825-73006-AST

SAVERIO COLUCCIO,
                                                                                ORDER DISMISSING CASE
                                        Debtor.
--------------------------------------------------------X

UPON the October 20, 2025 written application of Krista M. Preuss, Chapter 13 Trustee, (the "Trustee") seeking entry of an Order dismissing the instant Chapter 13 case pursuant to 11 U.S.C. §1307(c) and due notice of the aforesaid application having been given to all necessary parties; and

WHEREAS, on March 12, 2026, the Trustee appeared in support thereof and the Debtor appeared; and

WHEREAS, the Debtor's proposed plan does not specifically provide for treatment of all secured creditors as required by 11 U.S.C. §1325(a)(5), and the Debtor's supporting budget, Schedules I and J, does not indicate an ability to increase the plan payments; and

WHEREAS, the Debtor's proposed plan is speculative in nature as it is based on a proposed sale of real property; and

WHEREAS, has failed to file and provide the Trustee with an affidavit by the debtor stating whether the Debtor has filed all applicable federal, state and local tax returns as required by Bankruptcy Code 1308 pursuant to EDNY LBR 2003-1(b)(iii) and (c); and

WHEREAS, the Debtor failed to serve the plan on the trustee and all creditors within 7 days of filing the plan, and to file proof of service thereof as required by E.D.N.Y. LBR 3015-1(b); and

WHEREAS, each of the foregoing constitutes cause for dismissal of a Chapter 13 case; it is accordingly

WHEREAS, based upon the findings of fact and conclusions of law as stated on the record, cause exists to dismiss this case pursuant to 11 U.S.C. §1307(c); it is accordingly

ORDERED, that the instant Chapter 13 case be dismissed pursuant to 11 U.S.C. §1307(c) of the Bankruptcy Code.

Dated: March 24, 2026
      Central Islip, New York



_____
Alan S. Trust
Chief United States Bankruptcy Judge